**EVERY PENNY COUNTS, INC.,
Plaintiff–Appellant,**

v.

**BANK OF AMERICA CORPORATION
and Bank of America, N.A.,
Defendants–Appellees.**

No. 2009–1442.

United States Court of Appeals,
Federal Circuit.

Feb. 4, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).